UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80536 CIV-RYSKAMP/VITUNAC

CONFESSOR ("TONY") RAMIREZ,

    Plaintiff,

v.

PALM TRAN, INC., a Florida
not for profit corporation,

    Defendant.
_____/

### ORDER DENYING MOTION TO REMAND

THIS CAUSE comes before the Court upon plaintiff's motion to remand **[DE 3]** filed on June 13, 2008.  Defendant responded **[DE 5]** on June 26, 2008.  Plaintiff did not reply.  This motion is now ripe for adjudication.

This is an action for breach of contract where no diversity of citizenship or federal question jurisdiction exists.  Plaintiff alleges that defendant breached a reinstatement agreement by terminating him for excessive absenteeism. Defendant's sole basis for removal is this Court's supplemental jurisdiction as plaintiff has already filed litigation involving the same reinstatement agreement wherein he alleges violations of the Family Medical Leave Act for alleged retaliatory termination.

Federal courts have the power to exercise jurisdiction over "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."  28 U.S.C. § 1441(a).  Federal law grants district courts original jurisdiction over civil actions where the

matter in controversy exceeds $75,000 (exclusive of interest and costs) and the parties are citizens of different states. 28 U.S.C.§ 1332(a). Federal jurisdiction under Section 1332(a) requires complete diversity of the parties; that is, every plaintiff must be diverse from every defendant. *Tapscott v. MS Dealer Service Corp.*, 77 F.3d 1353,1355 (11th Cir. 1996). Federal courts may exercise supplemental jurisdiction "over all other claims that are so related to claims in the action with such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

A civil case filed in state court may be removed by the defendant to federal court if the case could have been brought originally in federal court. 28 U.S.C.A. § 1441(a). Removal statutes are narrowly construed in favor of remand. *See Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 108 (1941). The removing party bears the burden of establishing jurisdiction. *See Diaz v. Sheppard*, 85 F.3d 1502, 1505 (11th Cir. 1996) (citation omitted). Additionally, if at any time before final judgment in a removed case, it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C.A. § 1447(c). Federal courts are courts of limited jurisdiction, and there is a presumption against the exercise of federal jurisdiction, such that any doubts or uncertainties as to removal jurisdiction are to be resolved in favor of remand. *See Russell Corp. v. Am. Home Assur. Co.*, 264 F.3d 1040, 1050 (11th Cir. 2001); *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1095 (11th Cir. 1994).

This Court holds that it has supplemental jurisdiction over this claim. The issues raised in this case are fundamentally related to 07-81039 so as to form part of the same case or controversy. Both cases involve the same set of operative facts, parties, and evidence. As such, it is the best use of judicial resources to try the cases together. Moreover, this case does not raise

a novel or complex issue of State law, substantially predominate the issues raised in the 2007 litigation, and no other exceptional compelling reasons exist to remand the case.  28 U.S.C. § 1367(c).

The Court has carefully reviewed the motion and the pertinent portions of the record and based on the foregoing reasons, it is hereby,

ORDERED AND ADJUDGED that plaintiff's motion to remand **[DE 3]** is DENIED.  This case will be consolidated with 07-81039 by separate order.  As such, the issues raised in this case are set for trial for the two week calendar beginning November 3, 2008.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 1 day of October, 2008.

    /s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record